# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| S.M., by and through L.M. and K.M.; L.M.; and K.M., <br><br> Plaintiffs, <br><br> v. <br><br> ATLANTA INDEPENDENT SCHOOL DISTRICT aka ATLANTA PUBLIC SCHOOLS and ATLANTA CITY SCHOOL DISTRICT, <br><br> Defendant. | CIVIL ACTION FILE NO: <br><br> 1:23-cv-04046-WMR |

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE

This matter comes before the Court on Plaintiffs' Notice of Acceptance of Offer of Judgment. [Doc. 38]. Pursuant to Federal Rule of Civil Procedure 68(a), Plaintiffs notified this Court that they accepted Defendant's Second Offer of Judgment. [Doc. 38-1]. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The terms of the Second Offer of Judgment [Doc. 38-1], which is attached as an appendix to this order, are incorporated as the Judgment of this Court;

2. Upon entering judgment, the Clerk shall thereafter mark this case as **DISMISSED WITH PREJUDICE**;

3. The case numbered 1:24-cv-01024-WMR, which was consolidated into the above styled action, shall be marked as terminated.

**IT IS SO ORDERED**, this 3rd day of October, 2024.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE