UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| S.M., by and through L.M. and K.M., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ATLANTA INDEPENDENT SCHOOL SYSTEM/ATLANTA INDEPENDENT SCHOOL DISTRICT, aka ATLANTA PUBLIC SCHOOLS, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO.  1:23-cv-04046-WMR |

## J U D G M E N T

This action having come before the court, Honorable William M. Ray, II, United States District Judge, for consideration of defendant's offer of judgment and the plaintiff's acceptance of said offer, and the court having approved said offer and acceptance and having directed that judgment be entered, it is

**Ordered and Adjudged** that APS will amend S.M.'s IEP to place him at The Cottage School and will pay for S.M.'s tuition at The Cottage School through the end of the 2029-2030 school year. From the entry of this judgment forward, APS will email Plaintiffs an IEP for the coming school year on or before July 1 every year through the 2029-2030 school year. The only decision APS will make with regard to S.M.'s IEP will be that his educational placement will be in a private day school. All other portions of the IEP will be determined by Plaintiffs and/or S.M.'s private school providers. APS will reimburse Plaintiffs $28,330.00 for tuition at The Cottage School for the 2024-2025 school year. APS will reimburse Plaintiffs for transportation to and from The Cottage School for the 2024-2025 school year pursuant to the federal mileage rate. Should The Cottage School cease its business operations, expel S.M., or, in Plaintiffs' reasonable belief, it become an inappropriate school for S.M., Plaintiffs will select a new private placement for S.M. The private school must be accredited or licensed. APS will fund the new private placement up to the amount of the then-current

tuition at The Cottage School. The judgment shall constitute the full and entire obligation of APS to provide any future educational or related services or to conduct any evaluations for S.M. Plaintiffs will not seek additional services, funds, or evaluations, for S.M. beyond the payment provided in this offer of judgment. In addition to paying S.M.'s tuition for The Cottage School, within thirty days of entry of judgment, APS will provide to Plaintiffs, two hundred fifty thousand dollars ($250,000.00) inclusive of any and all damages and costs associated with this action, including, without limitation, all attorneys' fees, other fees, expenses, and amounts of any kind, and any other monetary, declaratory, and equitable relief of any kind. The check will be made payable to Kevin McIntyre, Luisana McIntyre, and Chris E. Vance, P.C. Said check will be delivered to Chris E. Vance on or before the end of the 30-day period. APS will not seek reimbursement of the $77,566.56 it paid to Plaintiffs pursuant to the Final Decision entered in Docket No.: 2323998-OSAH-DOESE-60-Teate. The Parties will waive and release any claims against the other arising out of the facts giving rise to the cause of action in this matter through the date of entry of judgment.

   Dated at Atlanta, Georgia, this 3rd day of October, 2024.

                      KEVIN P. WEIMER
                      CLERK OF COURT

               By:  <u>s/D. Burkhalter</u>
                   Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 3, 2024
Kevin P. Weimer
Clerk of Court

By:  <u>s/D. Burkhalter</u>
    Deputy Clerk